United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | 11 Forest Avenue Corp. | |
| 2. **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 83-3823067 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 50 Main Street | |
| Number    Street | Number    Street |
| Suite 1000 | |
| | P.O. Box |
| White Plains      NY     10606 | |
| City              State   ZIP Code | City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Westchester County | 1131 Forest Avenue |
| County | Number    Street |
| | |
| | Bronx          NY     10456 |
| | City          State   ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor    11 Forest Avenue Corp._____    Case number *(if known)*_____
         Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . |
| | | 5311____ |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check all that apply*: |
| | |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes.  District _____  When _____  Case number _____ |
| | |                                                   MM / DD / YYYY |
| | |         District _____  When _____  Case number _____ |
| | |                                                   MM / DD / YYYY |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes.  Debtor _____  Relationship _____ |
| | |         District _____  When _____ |
| | |                                                   MM / DD / YYYY |
| | |         Case number, if known _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor __11 Forest Avenue Corp._____     Case number (*if known*)_____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |
|---|---|

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____     _____     _____
City                                         State       ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor __11 Forest Avenue Corp._____    Case number (*if known*)_____
            Name

| 16. Estimated liabilities | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/02/2020__
             MM  / DD / YYYY

✗ __/s/ James McGown_____     __James McGown_____
  Signature of authorized representative of debtor     Printed name

  Title __President_____

**18. Signature of attorney**

✗ __/s/ Erica Aisner_____     Date __01/02/2020__
  Signature of attorney for debtor                        MM  / DD / YYYY

__Erica Aisner_____
Printed name
__Kirby Aisner & Curley LLP_____
Firm name
__700 Post Road Suite 237_____
Number      Street
__Scarsdale_____  __NY__   __10583_____
City                                    State    ZIP Code

__(914) 401-9500_____           __eaisner@kacllp.com_____
Contact phone                           Email address

__4106084_____           __NY_____
Bar number                              State

---

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **4**

Bank of New York
101 Barclay Street
New York, NY 10286


Criminal Court of the City of New York
215 East 161 Street
Bronx, NY 10451


Environmental Control NYC
66 John Street, 10th Flr
New York, NY 10038


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007


NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201


NYCTL 2016-A Trust
c/o Windels Marx Lane & Mittendorf/ Mich
156 West 56th Street


NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300


Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014


Prius V Investment Trust
44 Court Street
Suite 917
Brooklyn, NY 11201

United States Bankruptcy Court

Southern District of New York

In re: 11 Forest Avenue Corp.

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/02/2020

/s/ James McGown
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

11 FOREST AVENUE CORP.

         Debtor.
-----------------------------------------------------------------X

Chapter 11
Case No. 19-

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

 I, <u>James McGown</u>, declare under penalty of perjury that I am the <u>President</u> of <u>11 Forest Avenue Corp.</u>, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on <u>January 2, 2020.</u>

 "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter <u>11</u> of Title 11 of the United States Code;

 Be It Therefore Resolved that <u>James McGown</u>, <u>President</u>, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter <u>11</u> voluntary bankruptcy case on behalf of the Corporation; and

 Be It Further Resolved, that <u>James McGown</u>, <u>President</u>, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

 Be It Further Resolved that <u>James McGown</u>, <u>President</u>, of this Corporation is authorized and directed to employ Kirby Aisner & Curley LLP to represent the Corporation in such bankruptcy case."

Dated: Scarsdale, New York
   January 2, 2020

              11 FOREST AVENUE CORP

              By:  */s/ James McGown*
                James McGown, President

**Resolution of Board of Directors**
**Of**
**11 FOREST AVENUE CORP**

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter <u>11</u> of Title 11 of the United States Code;

Be It Therefore Resolved that <u>James McGown</u>, <u>President</u>, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that <u>James McGown</u>, <u>President</u>, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved that <u>James McGown</u>, <u>President</u>, of this Corporation is authorized and directed to employ Kirby Aisner & Curley LLP to represent the Corporation in such bankruptcy case.

Dated: Scarsdale, New York
January 2, 2020

                           */s/ James McGown*
                           James McGown, President